11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Roy Long; Ernestine Long; Gregory Hollingshead, individually and as next friend of Kelcey Hollingshead, Klayton Hollingshead, and Kanyon Hollingshead; Kelcey Hollingshead; Hall & Hall, L.L.P.; Forbes & Forbes; and Burt L. Burnett, individually and on behalf of the minor Hollingshead children,

\* From the 32nd District Court of Nolan County, Trial Court No. 18,701

Vs. No. 11-11-00307-CV

\* October 31, 2013

Richard Elliott and West Texas Centers for MHMR,

\* Opinion by McCall, J.
(Panel consists of: Wright, C.J., McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, paragraph (b) of page 3 of the trial court's final judgment on remand is modified as set forth below:

> Therefore, Intervenor MHMR shall recover the additional amount of $23,367.18 from, jointly and severally, the Estate of Stacey Hollingshead; GREGORY HOLLINGSHEAD, as Next Friend and Guardian of the Person of KELCEY HOLLINGSHEAD, KLAYTON HOLLINGSHEAD and KANYON HOLLINGSHEAD, Minors; ROY LONG and ERNESTINE LONG, as Representatives of the Estate of STACEY HOLLINGSHEAD and as additional Next Friends of KELCEY HOLLINGSHEAD, KLAYTON HOLLINGSHEAD and KANYON HOLLINGSHEAD, Minors; Hall & Hall, P.O. Box 168, Sweetwater, Texas 79556; and Forbes & Forbes, 711 Myrtle, El Paso Texas 79901.

As modified, the judgment of the trial court is affirmed. The costs incurred by reason of this appeal are taxed against Roy Long; Ernestine Long; Gregory Hollingshead, individually and as next friend of Kelcey Hollingshead, Klayton Hollingshead, and Kanyon Hollingshead; Kelcey Hollingshead; Hall & Hall, L.L.P.; Forbes & Forbes; and Burt L. Burnett, individually and on behalf of the minor Hollingshead children.